IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LARRY D. CALLAWAY, JR., : | |
| : | |
| Plaintiff : | |
| : | Case No.: 5:07-cv-473 (CAR) |
| v. : | |
| : | |
| HILTON HALL, HERBERT MCRAE, : | |
| MR. BROOKS, MR. FAGAN, MR. : | |
| MILLER, MR. LINDER, and JUDY : | |
| SIMMONS-SIMPSON, : | |
| : | |
| Defendants. : | |

### *ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S ORDER AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 9] that Defendant Warden Hilton Hall be dismissed from this action because (1) Plaintiff made no allegations against Warden Hall in his Complaint, and (2) Plaintiff's assertions do not establish that Warden Hall was personally involved in the alleged constitutional deprivations or the causal connection necessary to hold the Warden responsible for the alleged actions of his employees. No objection to the Recommendation has been filed. Having considered the matter, the Court agrees with the Recommendation. Accordingly, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**. Defendant Hilton Hall is dismissed from this action.

**SO ORDERED**, this 24th day of April, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH